IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BUKOLA KEHINDE<br><br>PLAINTIFF,<br><br>v.<br><br>KIKA SCOTT, ACTING DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES, AND LAURA B. ZUCHOWSKI, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES VERMONT SERVICE CENTER,<br><br>DEFENDANTS. | Civil Action No.<br><br>1:25-cv-00287-VMC |

## ORDER

Having read and considered the Parties' Consent Motion for Extension of Time for Defendant to file a responsive pleading to Plaintiff's Original Complaint for Writ of Mandamus and Declaratory Judgement, for good cause shown, it is hereby ORDERED that Defendant shall be granted a 30-day extension of time to file a responsive pleading to Plaintiff's Original Complaint for Writ of Mandamus and Declaratory Judgement, through and including May 14, 2025.

SO ORDERED, this __17th__ day of _____April_____, 2025.

_____
HONORABLE VICTORIA M. CALVERT
United States District Judge

Presented By:

/s/ A. Jonathan Jackson
A. JONATHAN JACKSON
*Assistant United States Attorney*
Georgia Bar No. 852077